UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------X
JAIME ROJAS, : 07-CV-4511-AKH

               Plaintiff, :
: **APPEARANCE**
  - against - :

100 CHURCH, LLC, *et al.*, :
: **ELECTRONICALLY FILED**
              Defendants. :
------------------------------------------------------------X


To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                            By:    /s/ Judith R. Cohen
                                                  Judith R. Cohen (JC-8614)
                                                  1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  Phone: (212) 277-6500
                                                  Fax: (212) 277-6501
                                                  *Attorney for Defendant*
                                                  MERRILL LYNCH & CO., INC.


DOCSNY-271698v01