KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER           21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
JAMIE ROJAS (and wife, JOHANNA HERNANDEZ)

                                                      DOCKET NO:
                                                      07 CV 04511

                    **Plaintiffs,**

    -against-

7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ABM INDUSTRIES INC.,
ABM JANITORAL NORTHEAST, INC., AMEC           NOTICE OF
MANAGEMENT, INC., AMEC EARTH               APPEARANCE
ENVIRONMENTAL, INC., ANTHONY CORTESE
SPECIALIZED HAULING LLC., ATLANTIC
HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.,
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL
INC., BERKEL & COMPANY, CONTRACTORS,
INC., BIG APPLE WRECKING & CONSTRUCTION CORP.,
BOVIS LEND LEASE LMB, INC., BREEZE CARTING
CORP., BREEZE NATIONAL INC., BRER-FOUR
TRANSPORTATION CORP., BURO HAPPOLD
CONSULTING ENGINEERS, P.C., C.B. CONTRACTING
CORP., CANRON CONSTRUCTION COP., CORD
CONTRACTING CO., INC., DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP., DIEGO
CONSTRUCTION, INC., DIVERSIFIED CARTING, INC.,
DMT ENTERPRISE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., EAGLE LEASING &

INDUSTRIAL SUPPLY INC., EAGLE ONE ROOFING
CONTRACTORS, INC., EJ DAVIES, INC., EN-TECH
CORP., EVERGREEN RECYCLING OF CORONA
(EROC) EWELL W. FINLEY, P.C., EXECUTIVE
MEDICAL SERVICES, P.C, FLEET TRUCKING, INC.,
FRANCIS A. LEE EXTERIOR RESTORATION; INC.,
FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK
LLP., GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC., HALLEN WELDING
SERVICE, INC.; H.P. ENVIRONMENTAL;
KOCH SKANSKA INC., LAQUILA CONSTRUCTION, INC.,
LASTRADA GENERAL CONTRACTING CORP.
LESLIE E. ROBERTSON ASSOCIATES
CONSULTING ENGINEERS, P.C., LIBERTY
MUTUAL GROUP; LOCKWOOD, KESSLER &
BARLETT, INC., LUCIUS PITKIN, INC., LZA
TECH-DIV OF THORTON TOMASETTI,;
MANAFORT BROTHERS INCORPORATED; MAZZOCCHI
WRECKING INC., HUDSON MERIDIAN CONSTRUCTION
GROUP; LLC F/K/A MERIDIAN CONSTRUCTION CORP.,
MORETRENCH AMERICAN CORP., MRA
ENGINEERING, P.C., MUESER RUTLEDGE
CONSULTING ENGINEERS, INC., NACIREMA
INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP., NICHOLSON
CONSTRUCTION COMPANY; PETER SCALAMANDRE
& SONS, INC., PINNACLE ENVIRONMENTAL CORP.,
PLAZA CONSTRUCTION CORP., PLAZA
CONSTRUCTION CORP., PRO SAFETY SERVICES, LLC.;
PT & L CONTRACTING CORP., ROBERT SILMAN
ASSOCIATES, ROBERT L. GEROSA, INC., RODAR
ENTERPRISES, INC., ROYAL GM, INC.,
SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL
CORP., SEASONS INDUSTRIAL CONTRACTING;
SEMCOR EQUIPMENT & MANUFACTURING CORP.,
SILVERITE CONTRACTING CORPORATION; SIMPSON
GUMPERTZ & HEDGER, INC., SKIDMORE, OWING &
MERRILL LLP; SURVIVAIR, TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN
CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP,
INC., TORRETTA TRUCKING, INC., TOTAL SAFETY
CONSULTING, LLC.,  TUCCI EQUIPMENT RENTAL

CORP., TULLY CONSTRUCTION CO., INC.,
TURNER CONSTRUCTION COMPANY; ULTIMATE
DEMOLITION/CS HAULING (JOINT VENTURE);
VOLLMER ASSOCIATES LLP., WEEKS MARINE INC.,
WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS,
P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER
ROOKING CORP., WORLD TRADE CENTER PROPERTIES, LLC.,
WSP CANTOR SEINUK, YANUZZI & SONS, INC., YONKERS
CONTRACTING COMPANY, INC., YORK HUNTER
CONSTRUCTION, LLC, ZIEGENFUSS DRILLING, INC.,

OFF SITE:

100 CHURCH, LLC, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., AMERICAN EXPRESS BANK, LTD.,
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,
ANN TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BFP TOWE C CO. LLC BFP TOWER
C MM LLC., BLACKMON-MOORING-STEAMATIC
CATOSTOPHE, D/B/A/ BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PARTNERS, L.P.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES, CORPORATION, BROOKFIELD
PROPERTIES HOLDING INC., CUNNINGHAM DUCT
CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING, P.C., LEHMAN BROTHERS
HOLDING, INC., LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER, INC., MERRILL LYNCH
& CO., INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., SYSKA AND
HENNESSY, TELLABS OPERATIONS, INC., THE
BANK OF NEW YORK TRUST COMPANY, NA
TISHMAN INTERIORS CORPORATION, TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORPORATE SERVICES, INC., TRC
ENGINEERS, INC., TTI ENVIRONMENTAL SERVICES

INC., TUCKER ANTHONY, INC., TULLY
CONSTRUCTION CO. INC., TULLY INDUSTRIES,
INC., L.P. VERIZON NEW YORK, INC.,
WESTON SOLUTIONS, INC., WFP RETAIL CO., G.P.,
CORP., WFP RETAIL CO., L.P., WFP TOWER A CO.,
WFP TOWER A CO., G.P. CORP., WFP TOWER A CO., L.P.,
WFP TOWER A. CO. L.P., WFP TOWER B CO.,
G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP
TOWER B. CO., L.P., WILLIAM F. COLLINS,
ARCHITECT, and ZAR REALTY MANAGEMENT
CORP., ET AL.

**Defendants.**
-----------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 20, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO.,
INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **JAMIE ROJAS and JOHANNA HERNANDEZ**
       115 Broadway 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 20th day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JAMIE ROJAS and JOHANNA HERNANDEZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*

**KEVIN G. HORBATIUK**